FILED

08/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0067

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.                                    O R D E R

MICHAEL DEAN ALBERT,

      Defendant and Appellant.

_____

On June 30, 2021, this Court returned Appellant's opening brief for failure to comply with M. R. App. P. 12 (1)(c), (d), and (h) and ordered Appellant to correct the brief and file it no later than 20 days from the date of the Order. Appellant has not filed a corrected brief in accordance with this Court's Order.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than September 8, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant Michael Dean Albert personally and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 19 2021